UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
)
DENHAM HOMES, LLC ) CASE NO. 10 B 03164
f/k/a Spatz Homes, LLC, )
)
      Debtor )

**ORDER SCHEDULING FINAL ARGUMENT ON**
**HEARING ON CONFIRMATION OF CHAPTER 11 PLAN**

Following trial, the parties having rested, final argument will be filed on the following schedule:

    Debtor to file Proposed Findings of Fact and Conclusions of Law by **February 4, 2011**

    Creditor Teche to file Proposed Findings of Fact and Conclusions of Law by **February 11, 2011**

    Debtor to file Reply by **February 18, 2011**

Status as to such filings and delivery of courtesy copies set **February 22, 2011 at 10:30 a.m.** in courtroom 682.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 19th day of January, 2011.