**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| DENHAM HOMES, L.L.C., | |
| | Case No. 10-03164 |
| Debtors. | |
| | Honorable Jack B. Schmetterer |

**NOTICE OF MOTION**

**TO:**   Attached Service List

PLEASE TAKE NOTICE that on **Monday March 7, 2011 at 10:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Jack B. Schmetterer, or any other judge sitting in his stead, in Courtroom 682 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present the attached **FIRST AND ONLY APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN A. STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION.**

.

DATED: February 22, 2011

By /s/ Daniel A. Zazove
    Daniel A. Zazove
    PERKINS COIE LLP
    131 S. Dearborn Street
    Suite 1700
    Chicago, IL  60603-5559
    Tel:  (312) 324-8400
    Fax:  (312) 324-9400
    ARDC No. 3104117

58025-0001/LEGAL18260133.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re

Denham Homes, LLC,

               Debtor.

Chapter 11

Case No. 10-03164

Honorable Jack B. Schmetterer

**SUMMARY COVER SHEET FOR APPLICATION OF THE PARTNERS, ASSOCIATES AND PARAPROFESSIONALS OF PERKINS COIE LLP FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION**

A.      Name of Applicant:  Perkins Coie LLP.

B.      Authorized to Provide Professional Services to:  Denham Homes, LLC, chapter 11 Debtor.

C.      Date of entry of Order of Retention:  March 5, 2010

D.      Period for Which Compensation and Reimbursement Is Sought:  January 28, 2010 to October 28, 2010.

E.      Amount of Compensation Sought as Actual, Reasonable and Necessary:  $81,119.50

F.      Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $3,385.51.

G.      This is a:  First and final fee application.

H.      The Dates and Amounts of Previous Compensation Paid are:  None.

Respectfully submitted,

PERKINS COIE LLP


By: /s/ Daniel A. Zazove
      One of Debtor's Former Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
KStetsko@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

72800-0001/LEGAL20234980.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Denham Homes, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 10-03164<br><br>Honorable Jack B. Schmetterer |

**FIRST AND ONLY APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN A. STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF <u>PERKINS COIE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION</u>**

## <u>INTRODUCTION</u>

Daniel Zazove, Kathleen Stetsko and the partners, associates and para-professionals of Perkins Coie, LLP (collectively "Perkins Coie") as counsel to Denham Homes LLC, (the "Debtor"), pursuant to Sections 327, 328 and 330 of the Bankruptcy Code, Rule 2106(a) of the Federal Rules of Bankruptcy Procedure and Rule 5082-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois submit this First and Only Application for allowance and payment of compensation in the amount of $81,119.50 for 216.8 hours or services rendered to the Debtor between the petition date of January 28, 2010 and October 28, 2010 and for reimbursement of out-of-pocket expenses advance on behalf  of the Debtor totaling $3,385.51.

## <u>BACKGROUND AND STATUS OF CASE</u>

1.      On January 28, 2010, Perkins Coie filed the Debtor's voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtor, an Illinois limited liability company, is the developer and owner of a substantially completed 104-acre, 276-lot subdivision known as Crystal Lakes, located in Denham Springs, Louisiana.

2.      Pursuant to order of Court entered on March 5, 2010, the Debtor retained Perkins

Coie as its bankruptcy counsel.  (Dckt. 53.)

3.      Initially, several of the Debtor's creditors moved for the transfer of the Case to the

Middle District of Louisiana.  (Dckt. 25.)  The Debtor successfully contested the Motions and the

Case remains pending in this judicial district.  (Dckt. 67.)

4.      With the aid of Perkins Coie as counsel, the Debtor diligently prosecuted its

Bankruptcy Case and on March 12, 2010 proposed a Chapter 11 Plan of Reorganization which

provided for the Debtor's retention and continued operation of its business and the full

repayment of all allowed claims.  The initial Plan was amended and the Third Modified Chapter

11 Plan submitted to creditors for voting.  (Dckt. 95.)

5.      The Plan of Reorganization was accepted by the holders of four classes of

impaired claims and rejected by Teche Federal Bank.  Teche Federal Bank also filed an objection

to Plan confirmation and moved to modify the automatic stay to foreclose its mortgage on the

Debtor's real property.  On September 28, 2010, this Court entered a Trial Order scheduling a

contested confirmation hearing in early 2011.  (Dckt. 152)

6.      Subsequent to the filing of Teche Federal Bank's confirmation objections, an

irreconcilable conflict regarding the continued prosecution of the Chapter 11 bankruptcy and to

the management of the contested confirmation hearing arose between the Debor and Perkins

Coie LLP.  These irreconcilable differences made it unreasonably difficult for Perkins Coie to

continue effectively representing the Debtor and the Debtor requested that Perkins Coie

withdraw its appearances as Debtor's counsel.  The Court granted Perkins Coie's motion to

withdraw on October 28, 2010.  (Dckt. 159.)

-4-

7.    The Debtor retained substitute counsel who prosecuted its Chapter 11 bankruptcy and who is compensated on a monthly basis for its efforts.  Perkins Coie is also informed and believes that the Debtor and Teche Federal Bank have resolved all contested issues between them and that the Debtor seeks confirmation of a plan of reorganization substantially similar to the Third Amended Plan filed by Perkins Coie, which plan provides for payment in full of all allowed claims.  (Dckt. 95.)

## PERKINS COIE'S FIRST AND ONLY FEE REQUEST

8.    By this application Perkins Coie seeks an allowance of compensation in the amount of $81,119.50 for 216.8 hours or services rendered to the Debtor between the petition date of January 28, 2010 and October 28, 2010.  In addition Perkins seeks reimbursement of out-of pocket costs expended on the Debtor's behalf of $3,385.51.  The compensation and expense reimbursement awarded by the court will first be satisfied by the $31,959.00 balance of pre-petition advances paid to Perkins Coie.

## NATURE AND EXTENT OF THE SERVICES RENDERED AND COSTS INCURRED

9.    Perkins Coie's services have been allocated into separate categories:  (1) Routine administration of the Debtor's bankruptcy Estate; (2) Use of Cash Collateral and DIP Financing; (3) Allowance and disallowance of claims; (4) Retention and Payment of Professional Fees; (5) Plan and Disclosure statement; (6) Attendance at Hearings before the Bankruptcy Court and the office of the United States Trustee; and (7) Bankruptcy Litigation and Avoidance Actions. Additionally, category (8) contains a summary of the out of pocket costs for which reimbursement is requested.  Attached to this Application as Exhibit A through H are Perkins Coie's statements of services and enumeration of expenses.

## A.    Routine Administration

10.    During the period between January 28 and October 28, 2010 Perkins Coie

devoted 29.10 hours at an average hourly rate of $189.73 to the administration of this

Bankruptcy Case for which it requests compensation in the amount of $5,521.00.  Services in

this category include the preparation of the Debtor's schedules of assets and liabilities and

statement of financial affairs, the preparation of routine motions and orders, and preparation and

filing of monthly operating reports.  Most of the time in this category was expended by

paralegals and by Ms. Stetsko.

| Hours and Compensation Requested for Routine Administration | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel A. Zazove (Partner) | 1.0 | 585.00 | **585.00** |
| Kathleen A. Stetsko (Associate) | 9.0 | 315.00 | **2,835.00** |
| Gloria Crawford (Paralegal Assistant) | 18.2 | 110.00 | **2002.00** |
| Joanna Mertes (Paralegal Assistant) | .9 | 110.00 | **99.00** |
| **TOTAL** | **29.10** | **189.73** | **$5,521.00** |

## B.    Cash Collateral/ DIP Financing

11.    During the period between January 28 and October 28, 2010 Perkins Coie

devoted 8.4 hours to the Debtor's use of cash-collateral and the approval of DIP financing.

| Hours and Compensation Requested for Cash Collateral | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel A. Zazove (Partner) | 4.2 | 585.00 | **2,457.00** |
| Kathleen A. Stetsko (Associate) | 4.2 | 315.00 | **1,323.00** |
| **TOTAL** | **8.4** | 450.00 | **$3,780.00** |

72800-0001/LEGAL20234980.2

## C.    Allowance and Disallowance of Claims

12.    During the period between January 28 and October 28, 2010 Perkins Coie

professionals expended 10.7 hours for a total of $4,067.50 to the consideration of creditor claims.

Services include the review of a mechanics' lien claim against the Debtor, the preparation of a

motion and order to fix a claim bar date and an objection date, drafting claim objections and

appropriate orders reducing and allowing claims.

| Hours and Compensation Requested for Allowance and Disallowance of Claims | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel A. Zazove (Partner) | 3.6 | 585.00 | 2,160.00 |
| Kathleen A. Stetsko (Associate) | 5.4 | 315.00 | 1,701.00 |
| Gloria Crawford (Paralegal Assistant) | 1.0 | 110.00 | 110.00 |
| Susan Cochard (Research Librarian) | .7 | 215.00 | 150.50 |
| TOTAL | 10.7 | 380.14 | $4,067.50 |

## D.    Retention and Payment of Professionals

13.    During the period between January 28 and October 28, 2010 Perkins Coie

expended only 7.9 hours, totaling $2,979.00 to the retention of professionals, and the editing of

monthly statements of services which culminated in this Final Fee Application.

| Hours and Compensation Requested for Retention and Payment of Professionals | | | |
|---|---|---|---|
| PROFESSIONAL/POSITION | HOURS | RATE | FEE |
| Daniel A. Zazove (Partner) | 2.5 | 585.00 | 1,462.50 |
| Kathleen A. Stetsko (Associate) | 4.5 | 315.00 | 1,417.50 |
| Gloria Crawford (Paralegal Assistant) | .9 | 110.00 | 99.00 |
| TOTAL | 7.9 | 377.09 | $2,979.00 |

-7-

**E.    Plan and Disclosure Statement**

14.    During the period between January 28 and October 28, 2010 Perkins Coie

devoted Perkins Coie devoted 100.5 hours to the Debtor's Plan and Disclosure Statement and for

an aggregate value of $37,565.00.  Services in this category include drafting and revising a

complex plan of reorganization and related disclosure statement.  Under the plan all claims are to

be paid in full.  Perkins Coie is informed and believes that the plan which it drafted serves as the

basis of the confirmed plan.

| Hours and Compensation Requested for Plan and Disclosure Statement | | | |
|---|---|---|---|
| **PROFESSIONAL/POSITION** | **HOURS** | **RATE** | **FEE** |
| Edward E. Wicks (Partner) | .2 | 555.00 | **111.00** |
| Daniel A. Zazove (Partner) | 23.6 | 585.00 | **13,806.00** |
| Kathleen A. Stetsko (Associate) | 74.2 | 315.00 | **23,373.00** |
| Gloria Crawford (Paralegal Assistant) | 2.0 | 110.00 | **220.00** |
| Joanna Mertes (Paralegal Assistant) | .5 | 110.00 | **55.00** |
| **TOTAL** | **100.5** | **373.78** | **$37,565.00** |

**F.    Attendance at Meetings Held by the United States Trustee and Court Hearings**

15.    During the period between January 28 and October 28, 2010 Perkins Coie

attended fourteen court hearings and two organizational meetings conducted by the United States

Trustee for which it seeks $9,423 for 19.80 hours of services.

| Hours and Compensation Requested for Attendance at Hearings | | | |
|---|---|---|---|
| **PROFESSIONAL/POSITION** | **HOURS** | **RATE** | **FEE** |
| Daniel A. Zazove (Partner) | 11.8 | 585.00 | **6,903.00** |
| Kathleen A. Stetsko (Associate) | 8.0 | 315.00 | **2,520.00** |
| **TOTAL** | **19.8** | **475.91** | **$9,423.00** |

-8-

**G.     Bankruptcy Litigation and Avoidance Actions**

16.     During the period between January 28 and October 28, 2010 Perkins Coie

litigated several complex contested issues in the bankruptcy case, including a motion to transfer

venue and a motion to lift stay for which it seeks $17,784 for 40.40 hours of services.

| Hours and Compensation Requested for Attendance at Hearings | | | |
|---|---|---|---|
| **PROFESSIONAL/POSITION** | **HOURS** | **RATE** | **FEE** |
| Daniel A. Zazove (Partner) | 20.1 | 585.00 | **11,758.50** |
| Kathleen A. Stetsko (Associate) | 18.5 | 315.00 | **5,827.50** |
| Gloria Crawford (Paralegal Assistant) | 1.8 | 110.00 | **220.00** |
| **TOTAL** | **40.4** | **440.20** | **$17,784.00** |

**H.     Reimbursement For Out-of-Pocket Costs**

17.     In addition to an award of interim compensation, Perkins Coie seeks

reimbursement for its out-of-pocket costs advanced on the Debtor's behalf.  Expenses include

internal photocopy charges at 10-cents per page, long distance telephone charges, computer

research, filing fees and court reporter fees.  A complete enumeration of reimbursable expenses

is attached as Exhibit H.  No reimbursement is requested for meals.

**BIOGRAPHICAL INFORMATION**

18.     The biographical profiles of Daniel A. Zazove and Kathleen Stetsko are included

with this application as Exhibits I and J, respectively.

**REASONABLENESS OF COMPENSATION AND
BENEFIT TO THE DEBTOR'S ESTATE**

19.     Many reorganizing debtors mis-identify the cause of their difficulties, minimize

their financial circumstances, and under-estimate the time and effort their professionals must

72800-0001/LEGAL20234980.2

expend to achieve a just result in a Chapter 11 reorganization Case.  This case epitomizes these

circumstances.  Only after Perkins Coie withdrew its appearance, did the Debtor's sole manager

address the deficiencies of the Crystal Lakes subdivision which prevented the issuance of a

parish permit necessary for the sale of individual home sites.  These corrections and the related

revision to the plan have now resulted in the plan confirmation.  Under the current iteration of

the plan, the Debtor retains its interest in and ownership of the project and all allowed claims are

to be fully paid.  The efforts which Perkins Coie exerted on the Debtor's behalf over a nine

month period directly and undeniably contributed to this result, at a minimal cost.  Under the

circumstances of this case, an award of compensation and expense reimbursement as requested is

warranted.

20.     Perkins Coie submits that an allowance of compensation and reimbursement of

expenses as requested is reasonable and appropriate.

72800-0001/LEGAL20234980.2

**WHEREFORE, Perkins Coie prays for the entry of an order:**

a.      Awarding final compensation in the amount of $81,119.5 for 216.9 hours of services rendered to the Debtor between January 28 and October 28, 2010, inclusive;

b.      For an allowance of expense reimbursement of $3,385.51 for out-of-pocket costs advanced on behalf of the Debtor between January 28 and October 28, 2010, inclusive;

c.      Authorizing and directing the Debtor's payment of $52,546.01 to Perkins Coie for awarded and unpaid compensation; and

d.      For such other and further relief as is just.


                                        Respectfully submitted,

                                        PERKINS COIE LLP

                                        By: /s/ Daniel A. Zazove
                                              One of Debtor's Former Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

## CERTIFICATE OF SERVICE

Daniel A. Zazove, an attorney, hereby certifies that on February 22, 2011 he caused a copy of the *FIRST AND ONLY APPLICATION OF DANIEL A. ZAZOVE, KATHLEEN A. STETSKO AND THE PARTNERS, ASSOCIATES AND PARA-PROFESSIONALS OF PERKINS COIE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION* to be served on the parties listed on the attached Service List as so indicated.

/s/ Daniel Zazove
PERKINS COIE LLP
Daniel A. Zazove (ARDC #3104117)
131 S. Dearborn Street - Suite 1700
Chicago, Illinois 60603-5559
Telephone:  (312) 324-8400
Facsimile:  (312) 324-9400

-12-

## SERVICE LIST – DENHAM HOMES

## SERVICE LIST

| | Email Address | Method of Delivery |
|---|---|---|
| William T. Neary<br>Office of the U.S. Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL  60604-1702 | USTPRegion11.ES.ECF@usdoj.gov | Court ECF notice and US Mail |
| William E. Steffes<br>Steffes, Vingiello, &<br>Mckenzie, LLC<br>13702 Coursey Blvd.<br>Building 3<br>Baton Rouge, LA 70817 | | Court ECF notice and US Mail |
| Grayson T. Walter<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 West Madison St., Suite 3800<br>Chicago, IL 60602 | gwalter@proskauer.com | Court ECF notice and US Mail |
| Francis X. Buckley<br>Thompson Coburn, LLP<br>55 East Monroe Street<br>Chicago, IL 60603-6029 | Fxbuckleyjr@thompsoncoburn.com | Court ECF notice and US Mail |
| Jon Ann H Giblin<br>McGlinchey Stafford PLLC<br>One American Place,<br>14th Floor<br>Baton Rouge, LA 70825 | | Court ECF notice and US Mail |
| DME Construction<br>Attn: Doyle Michael Philippe<br>39065 Highway 74<br>Gonzales, LA 7037 | | U.S. Mail |
| GRC Construction<br>Attn: James B. Clark<br>37796 Highway 16<br>Denham Springs, LA 70706 | | U.S. Mail |
| Hartley Construction<br>Attn: Gene A. Hartley<br>13394 Devall Road<br>Baton Rouge, LA 70818-1601 | | U.S. Mail |

-13-

| | Email Address | Method of Delivery |
|---|---|---|
| Kenny Lindsey Construction<br>Attn: Kenneth Lindsey, Sr.<br>9600 Hunter Brook Lane<br>Denham Springs, LA 70706 | | U.S. Mail |
| Sara Hall D/B/A Griggs Construction<br>2520 Metairie Lawn<br>Metairie, LA 70002 | | U.S. Mail |
| Alvin Fairburn & Associates<br>Attn: Alvin Fairburn<br>1289 Del Este Avenue<br>Denham Springs, LA 70726 | | U.S. Mail |
| Anderson Associates LP<br>Attn: Wendy Spatz<br>14 N. Peoria Street, Unit 3F<br>Chicago, IL 60607 | | U.S. Mail |
| Baton Rouge Turf & Landscape, Inc.<br>Attn: David Simpson<br>16644 S. Harrells Ferry Road<br>Baton Rouge, LA 70816-3511 | | U.S. Mail |
| Hunter's Landscape & Maintenance<br>Attn: Glen D. Hunter<br>37348 Cornerview Street<br>Geismar, LA 70734 | | U.S. Mail |
| South Central Bank N.A<br>Attn: Marc B. Grayson<br>525 W. Roosevelt Road<br>Chicago, IL 60607 | | U.S. Mail |
| Jonathan T Brand<br>Lakelaw<br>420 W. Clayton Street<br>Waukegan, IL 60085 | | U.S. Mail |

-14-

72800-0001/LEGAL20234980.2