**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>Denham Homes, LLC,<br><br>            Debtor. | Chapter 11<br><br>Case No. 10-03164<br><br>Honorable Jack B. Schmetterer |

## NOTICE OF MOTION

**To:**   *U.S. Trustee Patrick S. Layng, Office of the U.S. Trustee
         See attached service list

PLEASE TAKE NOTICE that on **Thursday, November 17, 2011, at 10:30 a.m.**, we will appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present our **DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE AND AN ORDER CLOSING CHAPTER 11 CASE**, a copy of which is attached hereto and served upon you herewith.

**DENHAM HOMES, LLC**

Dated: November 10, 2011.             By: _/s/ Jonathan T. Brand_____
                                          Jonathan T. Brand

Jonathan T. Brand (ARDC # 6294885)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

## CERTIFICATE OF SERVICE

On November 10, 2011, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by U.S. regular mail. Those marked with an * were served via CM/ECF, the Court's electronic notification system.

                                    By:    /s/ _Laura Deger_____
                                           Paralegal

## SERVICE LIST – DENHAM HOMES

|  | Email Address | Method of Delivery |
|---|---|---|
| Patrick S Layng<br>Office of the U.S. Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL  60604-1702 | USTPRegion11.ES.ECF@usdoj.gov | Court ECF notice and US Mail |
| William E. Steffes<br>Steffes, Vingiello, & Mckenzie, LLC<br>13702 Coursey Blvd.<br>Building 3<br>Baton Rouge, LA 70817 |  | Court ECF notice and US Mail |
| Grayson T. Walter<br>Proskauer Rose LLP<br>Three First National Plaza<br>70 West Madison St., Suite 3800<br>Chicago, IL 60602 | gwalter@proskauer.com | Court ECF notice and US Mail |
| Francis X. Buckley<br>Thompson Coburn, LLP<br>55 East Monroe Street<br>Chicago, IL 60603-6029 | Fxbuckleyjr@thompsoncoburn.com | Court ECF notice and US Mail |
| Jon Ann H Giblin<br>McGlinchey Stafford PLLC<br>One American Place,<br>14th Floor<br>Baton Rouge, LA 70825 | jgiblin@mcGlinchey.com | Court ECF notice and US Mail |
| Denham Homes, LLC<br>Attn: William Spatz<br>14 N. Peoria St.<br>Unit 3F<br>Chicago, IL 60607-2646 |  | U.S. Mail |
| DME Construction<br>Attn: Doyle Michael Philippe<br>39065 Highway 74<br>Gonzales, LA 70737 |  | U.S. Mail |
| GRC Construction<br>Attn: James B. Clark<br>37796 Highway 16<br>Denham Springs, LA 70706 |  | U.S. Mail |

|  | **Email Address** | **Method of Delivery** |
|---|---|---|
| Hartley Construction<br>Attn: Gene A. Hartley<br>13394 Devall Road<br>Baton Rouge, LA 70818-1601 |  | U.S. Mail |
| Kenny Lindsey Construction<br>Attn: Kenneth Lindsey, Sr.<br>9600 Hunter Brook Lane<br>Denham Springs, LA 70706 |  | U.S. Mail |
| Sara Hall D/B/A Griggs Construction<br>2520 Metairie Lawn<br>Metairie, LA 70002 |  | U.S. Mail |
| Alvin Fairburn & Associates<br>Attn: Alvin Fairburn<br>1289 Del Este Avenue<br>Denham Springs, LA 70726 |  | U.S. Mail |
| Anderson Associates LP<br>Attn: Wendy Spatz<br>14 N. Peoria Street, Unit 3F<br>Chicago, IL 60607 |  | U.S. Mail |
| Baton Rouge Turf & Landscape, Inc.<br>Attn: David Simpson<br>16644 S. Harrells Ferry Road<br>Baton Rouge, LA 70816-3511 |  | U.S. Mail |
| Hunter's Landscape & Maintenance<br>Attn: Glen D. Hunter<br>37348 Cornerview Street<br>Geismar, LA 70734 |  | U.S. Mail |
| South Central Bank N.A<br>Attn: Marc B. Grayson<br>525 W. Roosevelt Road<br>Chicago, IL 60607 |  | U.S. Mail |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>Denham Homes, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case No. 10-03164<br><br>Honorable Jack B. Schmetterer |

**DEBTOR'S MOTION FOR ENTRY OF A FINAL DECREE**
**AND CLOSING CHAPTER 11 CASE**

Denham Homes, LLC (the "Debtor"), by and through his undersigned counsel and pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Rule 3022-1 of this Court, hereby moves (the "Motion") for entry of a final decree and close the Debtor's chapter 11 case post-substantial consummation of the Debtor's plan of reorganization. In support of the Motion, the Debtor states as follows:

**JURISDICTION & VENUE**

1.   This Court has jurisdiction over this Application pursuant to 28 USC §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.   Venue is proper in this Court pursuant to 28 USC §§ 1408 and 1409(a).

3.   By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination.

**FACTUAL AND PROCEDURAL BACKGROUND**

4.   On January 28, 2010 (the "Petition Date"), the Debtor filed a voluntary petition with this Court under Chapter 11 of the Bankruptcy Code.

5. On April 21, 2011, the Court entered an Order Confirming the Debtor's Fourth Amended Plan of Reorganization (Docket No. 317)("<u>Confirmation Order</u>"), which confirmed the Debtor's Fourth Amended Plan of Reorganization ("Docket No. 300)("<u>Confirmed Plan</u>")

6. The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. §1101(2) and the estate has been fully administered, except for the completion of plan payments.

7. All monthly reports and payments due the U.S. Trustee were current as of the date of confirmation, and any additional monthly reports shall be filed with the Court prior to the Date of the hearing on this Motion.

8. All litigation has concluded or otherwise been agreed to be resolved outside of the bankruptcy court administration process, and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude administrative closure of this case.

9. Pursuant to Local Rule 3022-1, the status of payments to each class of creditors is reflected in the recently filed *Denham Homes, LLC's Supplemental Report of Initial Payments.* (Docket No. 333). A true and correct copy of the supplemental report of initial payments is attached hereto as **Exhibit A**.

10. By this Motion, the Debtor seeks an order administratively closing this case, provided that such order shall not operate to close the case for pursuant to 28 U.S.C. §1930 Appendix (11), 11 U.S.C. §362(c)(2)(A) or Federal Rule of Bankruptcy Procedure 4006.

11. The Debtor hereby serves notice that when all plan payments have been completed, the Debtor may move to reopen this case for the purpose of obtaining a discharge and entry of a final decree.

## NOTICE

12. Notice of this Motion has been given to: (a) the Office of the United States Trustee for this District; (b) the Debtor; (c) the Debtor's creditors; (d) Teche's counsel of record; and (f) those persons who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. The Debtor submits that, in light of the nature of the relief requested, no other or further notice need be given and the interest of all parties to have the Settlement Agreement approved, the Debtor requests that this Court find the notice provided for herein sufficient under the circumstances and waive and dispense with any further notice requirements pursuant to FED. R. BANKR. P. 2002(a)(3) and 9007.

**WHEREFORE**, Debtor-in-possession, Denham Homes, LLC, respectfully requests that this Court enter a final decree closing this chapter 11 case and grant such other or additional relief as the Court deems just and appropriate.

Dated: November 10, 2011.                    Respectfully Submitted,

                                             **DENHAM HOMES, LLC**, debtor-in-possession

                                             By:  */s/ Jonathan T. Brand*
                                                    Jonathan T. Brand

                                             Jonathan T. Brand (ARDC # 6294885)
                                             Lakelaw
                                             420 W Clayton Street
                                             Waukegan, IL 60085
                                             Telephone: (847) 249-9100
                                             Facsimile: (847) 249-9180
                                             Email: jbrand@lakelaw.com